UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 12, 2016

MEMORANDUM TO COUNSEL RE:  Joseph Douglas, Sr. v. Kent County, Maryland, et al.
Civil No. JFM-16-1072

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to partially dismiss. The motion (document 7) is granted in part and denied in part. It is granted to the extent that plaintiff seeks to state a claim for the conducting of a drug test in count one and to the extent that plaintiff seeks to state a claim for being forced to take leave under the FMLA in count II. The motion is otherwise denied.

A conference call will be held on  July 26, 2016  at  4:30  p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge